No. 96–110. WASHINGTON ET AL. *v.* GLUCKSBERG ET AL. C. A. 9th Cir. Motion of American Medical Association et al. for leave to file a brief as *amici curiae* granted. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 12, 1996. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 10, 1996. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, December 27, 1996. This Court's Rule 29.2 does not apply. Case is set for oral argument in tandem with No. 95–1858, *Vacco, Attorney General of New York, et al.* v. *Quill et al., supra,* p. 1055.

No. 96–126. CHANDLER ET AL. *v.* MILLER, GOVERNOR OF GEORGIA, ET AL. C. A. 11th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 12, 1996. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 10, 1996. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, December 27, 1996. This Court's Rule 29.2 does not apply.

OCTOBER 2, 1996

No. 95–1745. UNITED STATES *v.* LOPEZ. C. A. 1st Cir. Certiorari dismissed under this Court's Rule 46.